IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

S. M. VOGELSANG,

    Plaintiff,                    No. CIV S-08-1449 GEB KJM PS

  vs.

PLANTATION HERBALS, et al.,

    Defendants.              ORDER

_____/

        Calendared for hearing on October 29, 2008 is the motion to dismiss brought by defendants JAS Management, Inc. and Lynn Schulz.  Plaintiff has requested that the hearing be continued for 45 days to allow settlement negotiations to proceed forward with the other defendants named in this action.  It does not appear that resolution of the pending motion would impair those negotiations.  Accordingly, IT IS HEREBY ORDERED that plaintiff's request to continue the hearing (docket no. 17) is denied.

DATED: October 22, 2008.

_____
U.S. MAGISTRATE JUDGE

006
vogelsang.eot

1