IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

S. M. VOGELSANG,

    Plaintiff,                                   No. CIV 08-1449 GEB KJM PS

    vs.

PLANTATION HERBALS/THE UNDRUG, et al.,

    Defendants..                          <u>ORDER</u>

/

        A status conference was held in this matter on January 21, 2009 before the undersigned. Plaintiff appeared in propria persona. Marc Cardinal appeared for defendants JAS Management, Inc. and Lynn Schulz. No appearance was made for the remaining defendants. Upon consideration of the status reports on file in this action, discussion of plaintiff and counsel and good cause appearing therefor, THE COURT ORDERS AS FOLLOWS:

        1. Initial disclosures under Federal Rule of Civil Procedure 26(a)(1) shall be made within thirty days from the date of this order.

        2. Discovery, including the hearing of discovery motions, shall be completed by August 26, 2009.

        3. Dispositive motions, other than discovery motions, shall be noticed to be heard by October 21, 2009.

1  4. The pretrial conference is set for December 21, 2009 at 3:30 p.m. before the Honorable Garland E. Burrell.  Pretrial statements shall be filed in accordance with Local Rule 16-281.

5. Trial of this matter is set for February 23, 2010 at 9:00 a.m. before the Honorable Garland E. Burrell.  The parties shall file trial briefs in accordance with  Local Rule 16-285.

6. Plaintiff has filed proofs of service of summons on the remaining defendants by mail.  However, the proofs of service do not reflect service comporting with the requirements of Federal Rule of Civil Procedure 4(f).  India is a signatory to the Hague Convention on the Service Abroad of Judicial Documents in Civil Matters.  See generally Napp Technologies. L.L.C. v. Kiel Laboratories, Inc. 2008 WL 5233708, *4 n.2 (D. N.J. Dec. 12, 2008) (India became signatory in 2007, expressly declaring its opposition to service by postal channels); see also Hague Convention Status Table (accessible at web page identified by internet address of http://www.hcch.net/index_en.php?act=conventions.status&cid=17).  Within 120 days from the date of this order, plaintiff shall complete service on the remaining defendants in compliance with the Hague Convention.  Failure to comply with this order shall result in a recommendation that the remaining defendants be dismissed.

DATED:  January 22, 2009.

_____
U.S. MAGISTRATE JUDGE

006
vogelsang.oas