IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

S. M. VOGELSANG,

     Plaintiff,                                    No. CIV 08-1449 GEB KJM PS

     vs.

PLANTATION HERBALS/THE UNDRUG, et al.,

     Defendants.                            <u>ORDER</u>

_____/

        Defendants' motion to compel production of documents and responses to interrogatories came on regularly for hearing May 6, 2009. Plaintiff appeared in propria persona. Marc Cardinal appeared telephonically for the moving defendants. No appearance was made for the remaining defendants. Upon review of the documents in support, no opposition having been filed, upon hearing the arguments of plaintiff and counsel, and good cause appearing therefor,

THE COURT ORDERS AS FOLLOWS:

        1. The motion to compel is granted. Within seven days, plaintiff shall provide responsive documents and responses to the interrogatories and shall file a copy of the discovery responses served on defendants.

/////

/////

2. Reasonable expenses incurred in connection with this motion are awarded to defendant against plaintiff in the amount of $ 700.00.

DATED: May 22, 2009.

_____
U.S. MAGISTRATE JUDGE

006
vogelsang2.oah

2